■

## COM.

v.

## COTTLE, T.

### 3033 EDA 2015

Superior Court of Pennsylvania.

03/15/2017

CP–51–CR–0008459–2009
(Philadelphia)

Affirmed

■

## COM.

v.

## JAMES, M.

### 142 EDA 2016

Superior Court of Pennsylvania.

03/15/2017

CP–51–CR–0200501–2001,    CP–51–CR–0200511–2001 (Philadelphia)

Affirmed

## IN the INTEREST OF: S.Q., a minor

### 349 EDA 2016

Superior Court of Pennsylvania.

03/15/2017

CP–51–JV–0002001–2015 (Philadelphia)

Affirmed

## COM.

v.

## GUGLIELMO, M.

### 1064 EDA 2016

Superior Court of Pennsylvania.

03/15/2017

CP–23–CR–0005484–2013 (Delaware)

Affirmed

■

## COM.

v.

## GUGLIELMO, M.

### 1065 EDA 2016

Superior Court of Pennsylvania.

03/15/2017

CP–23–CR–0005109–2013 (Delaware)

Affirmed